536 A.2d 797

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Respondent,**

v.

**Wayne Allen SMITH, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 1, 1988.

328

### ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Commonwealth Court is reversed, and the Petitioner's appeal from suspension of operator's license is sustained. *See Commonwealth of Pennsylvania, Department of Transportation v. McFarren,* 514 Pa. 411, 525 A.2d 1185 (1987).

LARSEN, J., dissents.